Boisvert v. Sears                          CV-96-495-M    12/19/97

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Jeanie T. Boisvert

     v.                                          Civil No. 96-495-M

Sears, Roebuck & Co.


# O R D E R


     Defendant, Sears, moves for summary judgment in plaintiff's
Title VII suit on grounds that Ms. Boisvert did not timely file
her administrative complaint.  Ms. Boisvert's attorney filed a
motion and her own affidavit, pursuant to Federal Rule of Civil
Procedure 56(f), seeking for additional time to conduct discovery
necessary to respond to the motion for summary judgment.  See,
e.g., Reid v. New Hampshire, 56 F.3d 332, 341 (1st Cir. 1995).

     Plaintiff's motion (document no. 16) is granted to permit
necessary discovery.  Plaintiff represents that little discovery
is necessary; the court finds that sixty days ought to be
adequate time to complete sufficient depositions and other
discovery to permit a reasoned response.  Accordingly, plaintiff
shall respond to defendant's motion for summary judgment within
sixty days of the date of this order.

     **SO ORDERED.**



                                    _____
                                    Steven J. McAuliffe
                                    United States District Judge
December 19, 1997

cc:  Heather M. Burns, Esq.
     Julie Ann Moore, Esq.